**Order entered January 5, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00764-CV

### RANDY CRAWFORD, ET AL., Appellants

### V.

### PROFESSIONAL BLACK BELT ASSOCIATION, LLC, Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-01121-2020**

## ORDER

Before the Court is appellee's January 4, 2021 second unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **January 29, 2021**. We caution appellee that further extension requests will be disfavored.

/s/    KEN MOLBERG
        JUSTICE